MERLIN T. PERKINS, APPELLANT, v. JOSEPH S. RATHBUN ET AL., APPELLEES.

FILED FEBRUARY 11, 1932. No. 28106.

*H. A. Dano,* for appellant.

*M. M. Maupin, contra.*

Heard before ROSE, GOOD and EBERLY, JJ., and BROADY and CHASE, District Judges.

PER CURIAM.

This is an action in ejectment for 3.36 acres of land in section 34, township 17, range 37, Arthur county. Defendants Hood claimed the land, and upon a trial of the issues the district court found that plaintiff did not make a case and directed a verdict in favor of defendants Hood. From a dismissal of the action plaintiff appealed.

Upon a review of the record, error prejudicial to plaintiff has not been found.

AFFIRMED.